JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN LAMMEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STARBUCKS CORPORATION, a Washington Corporation,<br><br>　　　　Defendants. | Case No. 2:18-cv-09972-JFW-ASx<br><br>**JUDGMENT**<br><br>Complaint Filed:　November 29, 2018 |

Pursuant to the Court's Order (Dkt. 69) granting Defendant Starbucks Corporation's Motion for Summary Judgment and denying Plaintiff Dwain Lammey's Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, and that this action be dismissed with prejudice.

DATED: December 18, 2020

_____
HONORABLE JOHN F. WALTER
United States District Judge

[] JUDGMENT
CASE NO. 2:18-cv-09972-JFW-AS

67242386v.1